**J. LLOYD INTERNATIONAL, INC., Plaintiff–Appellant,**

**v.**

**The TESTOR CORPORATION, Defendant–Appellee.**

**No. 10–1561.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 3, 2010.

Filed: Nov. 30, 2010.

Before MELLOY, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

J. Lloyd International, Inc. (JLI), filed a complaint against the Testor Corporation (Testor) alleging breach of warranty and three breaches of their manufacturing agreement. After discovery—which JLI frustrated with often-vague responses, even after (occasional) compulsion—Testor moved for summary judgment. The district court [1] granted Testor's motion. JLI appeals.

The district court issued a comprehensive order addressing JLI's four claims. *See J. Lloyd Int'l, Inc. v. Testor Corp.,* No. 08–CV–134–LRR, 2010 WL 605657 (N.D.Iowa Feb. 17, 2010). As no error of law appears in the order, this court affirms. *See* 8th Cir. R. 47B.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.